# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 OCT 27 P 12: 16

## APPEARANCE

MONARCH SHIPPING AGENCY, LLC
MONARCH SHIPPING LINES, INC

V.                                    CASE NUMBER:    3:03-CV-641 (SRU)

LOGESTIC USA INC.

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for:

    Monarch Shipping Agency, LLC and Monarch Shipping Lines, Inc. Plaintiffs, in place of Fredrick Lovejoy Esq.

| | |
|---|---|
| October 20, 2003 | |
| **Date** | **Signature** |
| #ct 08701 | Kenneth A. Beck |
| **Connecticut Bar Number** | **Print Clearly or Type Name** |
| (203) 375- 2222 | Beck & Beck, LLC. |
| **Telephone Number** | **Firm** |
| (203) 378-5263 | 83 Booth Street, Stratford, CT 06614 |
| **Fax Number** | **Address** |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on 20th day of October 2003 to the following:

Fredrick A. Lovejoy                          S. Peter Sachner
Lovejoy & Associates                         Tyler, Cooper & Alcorn
275 Center Road                              205 Church Street P.O. Box 1936
Easton, CT 06612                             New Haven, CT 06509-1910

                                                                           Signature Kenneth A. Beck