UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MONARCH SHIPPING AGENCY LLC<br>MONARCH SHIPPING LINES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LOGISTEC USA INC.<br><br>Defendant. | : CASE NO. 3:03-CV-641(SRU)<br>:<br>:<br>:<br>:<br>:<br>:<br>: October 8, 2003<br>:<br>: |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the undersigned parties, through their attorneys, hereby stipulate that this action, including the complaint, may be dismissed, with prejudice and without costs.

The reason for the dismissal is that the parties have settled this action.

PLAINTIFFS,
MONARCH SHIPPING AGENCY LLC
MONARCH SHIPPING LINES INC.

By:_____
Kenneth A. Beck
Fed. Bar No. ct08701
Beck & Beck
83 Booth Street
Stratford, CT 06614
203-375-2222

DEFENDANT,
LOGISTEC USA INC.

By:_____
S. Peter Sachner
Fed. Bar No. ct13421
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509
203-784-8200

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing stipulation of dismissal was mailed, by U.S. First Class Mail, this 21st day of October, 2003, to the following counsel of record:

Kenneth A. Beck
Beck & Beck
83 Booth Street
Stratford, CT 06614

Frederick A. Lovejoy
Lovejoy & Associates
276 Center Road
Easton, CT 06612

S. Peter Sachner