UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 OCT 21  P 12: 17

| | |
|---|---|
| MONARCH SHIPPING AGENCY LLC<br>MONARCH SHIPPING LINES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LOGISTEC USA INC.<br><br>Defendant. | : CASE NO. 3:03-CV-641(SRU)<br>:<br>:<br>:<br>:<br>: October 8, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the undersigned parties, through their attorneys, hereby stipulate that this action, including the complaint, may be dismissed, with prejudice and without costs.

The reason for the dismissal is that the parties have settled this action.

PLAINTIFFS,
MONARCH SHIPPING AGENCY LLC
MONARCH SHIPPING LINES INC.

By: _____
Kenneth A. Beck
Fed. Bar No. ct08701
Beck & Beck
83 Booth Street
Stratford, CT 06614
203-375-2222

DEFENDANT,
LOGISTEC USA INC.

By: _____
S. Peter Sachner
Fed. Bar No. ct13421
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509
203-784-8200

2003 OCT 30 P 12: 30
US DISTRICT COURT
BRIDGEPORT

APPROVED. The case is hereby dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
10/30/03

FILED